UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

LYNN MELCHER, individually and on behalf of other similarly situated individuals,

    Plaintiff,

v.

STARKEY LABORATORIES, INC., d/b/a STARKEY HEARING TECHNOLOGIES

    Defendant.

Case No.: 0:17-cv-00420-DSD-LIB

---

## JOINT STATUS REPORT
_____

On June 11, 2018, the Parties filed a Joint Status Report with the Court. (Jt. Status Report, ECF No. 68.) In the Joint Status Report, the Parties indicate a desire to file preliminary settlement approval papers with the Court on or before the end of June, 2018. Due to unexpected delays, however, the Parties are still in the process of finalizing the settlement agreement and preliminary approval papers. The Parties continue to work cooperatively and hope to finalize these documents and file them with the Court on or before July 18, 2018.

Respectfully submitted,

| | |
|---|---|
| DATE:  July 3, 2018 | DATE:  July 3, 2018 |
| **NICHOLS KASTER, PLLP** | **HENSON & EFRON, P.A.** |
| By s/ Rebekah L. Bailey | By s/ Bruce C. Recher |
| Rebekah L. Bailey, MN Bar No. 0389599 | Bruce C. Recher, MN Bar No. 89989 |

4600 IDS Center, 80 S. 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
Email: Bailey@nka.com

*ATTORNEY FOR PLAINTIFF,
THE PUTATIVE COLLECTIVE,
AND THE RULE 23 CLASS*

John N. Bisanz, Jr., MN Bar No. 389098
220 South Sixth Street, Suite #1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500
Facsimile: 612-339-6364
brecher@hensonefron.com
jbisanz@hensonefron.com

*ATTORNEYS FOR DEFENDANT
STARKEY LABORATORIES, INC.,
d/b/a STARKEY HEARING
TECHNOLOGIES*