UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LYNN MELCHER, individually and on behalf of other similarly situated individuals,

    Plaintiff,

v.

STARKEY LABORATORIES, INC., d/b/a STARKEY HEARING TECHNOLOGIES

    Defendant.

Civil No.: 17-00420(DSD/ECW)

---

**ORDER**

---

This matter came before the court on defendant's motion to dismiss the claims of Mark Turner and plaintiffs' counsels' motion to withdraw representation for Mark Turner. Based on the motions and supporting documentation and the file, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The motion to dismiss [ECF No. 94] is granted;

    2.   Plaintiff Mark Turner is dismissed from this action with prejudice;

    3.   The motion to withdraw [ECF No. 101] is granted;

    4.   Rebekah L. Bailey and Nichols Kaster, PLLP are hereby withdrawn, without substitution, as counsel for Mark Turner; and

    5.    Counsel is directed to serve this order on Mark Turner.

Dated: November 29, 2018    /s David S. Doty
    David S. Doty, Judge
    United States District Court